This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RONNIE THOMAS, et al.,**

Plaintiffs-Appellants,

v.                                                        **NO. 35,020**

**PRESBYTERIAN HOSPITAL, et al.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Ronnie Thomas
Estancia, NM

Pro Se Appellant

Riley, Shane & Keller, P.A.
Richard J. Shane
MacDonnell Gordon
Albuquerque, NM

for Appellee Presbyterian Healthcare Services

## MEMORANDUM OPINION

**KENNEDY, Judge.**

{1}     Appellants, Ronnie Thomas, et al., filed an appeal from the district court's order denying their second Rule 1-060(B) NMRA motion seeking reinstatement of their civil complaint. We filed a notice of proposed summary disposition  proposing to affirm the district court on January 14, 2016. On February 3, 2016, Appellee filed a memorandum in support of the proposed summary disposition. Appellant has not filed a response to our notice of proposed summary disposition. Therefore, for the reasons set out in our notice of proposed summary disposition, we affirm the district court.

{2}     **IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**STEPHEN G. FRENCH, Judge**